179 P.3d 264

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 7, 2008**

| 28179 | Beecher Ltd. v. Alvarez & Marsal North America, LLC | Affirmed |

**March 10, 2008**

| 27177 | State v. Reinhart | Affirmed |

**March 11, 2008**

| 28157 | Figueira ex rel. Silva v. Silva | Affirmed |

**March 12, 2008**

| 27402, 28777 | Overturf v. State | Affirmed |
| 28304 | State v. Sanders | Vacated and Remanded |

**March 14, 2008**

| 28443 | State v. Ferry | Affirmed |
| 27914 | State v. McCrory | Affirmed |

**March 25, 2008**

| 27367 | Crawford v. Kauai Medical Clinic | Affirmed |

**March 28, 2008**

| 27516 | Doi-Miyasato v. Ikei | Affirmed |

**March 31, 2008**

| 28461 | State v. Bactad | Affirmed |
| 27212 | State v. Balanza | Vacated and Remanded |
| 28136 | State v. Salvador | Reversed |